UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

-------------------------------------------------------------X

21 MC 100 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

**<u>RULE 7.1 STATEMENT OF
TURNER CONSTRUCTION
COMPANY</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for TURNER CONSTRUCTION COMPANY certifies that

TURNER CONSTRUCTION COMPANY is a wholly owned indirect subsidiary of Hochtief

AG.  Hochtief AG is a publicly held company headquartered in Germany and was founded in

1875.

Dated: Newark, New Jersey
      November 28, 2006

PATTON BOGGS LLP

By: *James E Tyrrell, Jr.*
    James E. Tyrrell, Jr. (JT-6837)
    One Riverfront Plaza, 6th floor
    Newark, NJ 07102
    (973) 868-5600
    JTyrrell@PattonBoggs.com

*Attorneys for defendant* Turner Construction Company